Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| IBEW 76 HEALTH & WELFARE TRUST OF SOUTHWEST WASHINGTON,<br><br>      Plaintiff,<br><br>vs.<br><br>VICTOR MELTON and JANE DOE MELTON, husband and wife, and the marital community comprised thereof,<br><br>      Defendants. | CAUSE NO.: C07-0879 RSM<br><br>ORDER FOR DEFAULT JUDGMENT<br><br>**Clerk's Action Required** |

Plaintiff IBEW 76 Health & Welfare Trust of Southwest Washington (the Trust Fund) has moved the Court for Default Judgment against Defendants Victor Melton and Jane Doe Melton, husband and wife, and the marital community comprised thereof (the Employer).

**SUMMARY OF JUDGMENT**

1. Judgment Creditor:  IBEW 76 Health & Welfare Trust of Southwest Washington

2. Judgment Debtors:  Victor Melton and Jane Doe Melton, husband and wife, and the marital community comprised thereof

ORDER FOR DEFAULT JUDG
CASE NO. CV07-0879RSM - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

| | | |
|---|---|---|
| 3. | Overpayment of disability benefits: | $2,877.24 |
| 4. | Costs: | $469.89 |
| 5. | Attorney's Fees: | $1,768.65 |
| 6. | Post-Judgment Interest on Delinquent Contributions: | 12% per annum |
| 7. | Attorney for Judgment Creditor: | David L. Tuttle, WSBA No. 38728<br>EKMAN, BOHRER & THULIN, P.S. |

Pursuant to Plaintiff Trust Fund's Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on August 28, 2007, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Fund be awarded a Default Judgment against Defendant Employer in the amount $5,115.78 representing contributions covering the period June 2005 through August 2005 in the amount $2,877.24, costs in the amount $469.89, and attorney's fees in the amount $1,768.65, for a total amount owing of $5,115.78.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Fund's claims herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance of delinquent contributions at the rate of 12% per annum, pursuant to the terms of the Trust Agreements to which Employer is bound.

DATED this _15_ day of October, 2007.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR DEFAULT JUDG
CASE NO. CV07-0879RSM - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  Presented by:

2  s/David L. Tuttle
   WSBA #38728
3  Ekman, Bohrer & Thulin, P.S.
   220 W. Mercer, Ste. 400
4  Seattle, WA  98119
   Telephone: (206) 282-8221
5  Fax: (206) 285-4587
6  E-mail: d.tuttle@ekmanbohrer.com
   Attorney for Plaintiff Trust Fund
7

8

9

10  S:\Collections\IBEW76-3376\Pleadings\2007\Victor Melton 3376 USDC Order Default Judgment.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR DEFAULT JUDG
CASE NO. CV07-0879RSM - PAGE 3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587